| | |
|---|---|
| **From:** | Martinelli, Richard F. |
| **Sent:** | Tuesday, May 15, 2018 3:43 PM |
| **To:** | Snell, Peter |
| **Cc:** | Miller, Tyler; John M. Jackson Esq. (jjackson@jw.com); amartin@burnslev.com; mschonfeld@burnslev.com; Cheng, Jesse; Eric Pinker; Chris Schwegmann; Avigilon - Canon; Calvaruso, Joseph |
| **Subject:** | Re: Canon v. Avigilon - N.D. Tex. and D. Mass. |

Peter,

Joe is stuck on a train and was working from a cell phone, so I am writing to follow up with our complete response.

We consent to the withdrawal of the motion to transfer in Texas your (i) below.  We do not, however, think that a dismissal of the Mass. case *without prejudice* is appropriate and we will oppose that.  We think the better course would be to transfer the Mass. DJ action to Texas and consolidate those two cases.

Best,
Rich

Richard Martinelli
Partner
Orrick
New York

T +1-212-506-3702
rmartinelli@orrick.com



> On May 15, 2018, at 6:24 PM, Calvaruso, Joseph <jcalvaruso@orrick.com> wrote:
>
> Peter
>
> Very sorry. I need to get back to you.
>
> Joe
>
> On May 15, 2018, at 6:19 PM, Snell, Peter <PFSnell@mintz.com> wrote:
>
>> Counsel,
>>
>> Due to changed circumstances, namely, a likelihood that Avigilon will reopen an office in Dallas, Texas in the near future, Avigilon intends to (i) withdraw its motion to dismiss or transfer the N.D. Tex. action (N.D. Tex., 3:17-cv-02733-N) and (ii) voluntarily dismiss without prejudice the action pending in D. Mass.  (D. Mass., 1:17-cv-11922-IT).  We

assume Canon will agree to and will not oppose this relief, but please confirm that is the case no later than tomorrow so that we can promptly notify the Courts.

Regards,

Peter


Peter Snell | Member
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
666 Third Avenue | New York, NY 10017
Direct: +1.212.692.6850 | Fax: +1.212.983.3115
E-mail: PFSnell@mintz.com
Web: www.mintz.com



STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Mintz, Levin, Cohn, Ferris, Glovsky and Popeo immediately at either (617) 542-6000 or at DirectorofIT@Mintz.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.